| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Roberts, John G. | 2. Court or Organization<br><br>Supreme Court of the U.S. | 3. Date of Report<br><br>05/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>One First Street, NE<br>Washington, DC 20543 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 08/06/2014 | New England School of Law | $20,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Major, Lindsey & Africa, LLC -- Attorney Search Consultants -- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New England School of Law | 07/07-07/16/2014 | London, Great Britain | Taught course on The U.S. Supreme Court - Historical Perspective | Air transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Warner Inc. New TWX | D | Dividend | N | T | | | | | |
| 2. Hewlett-Packard (Common) HPQ | A | Dividend | K | T | | | | | |
| 3. Hillenbrand (Common) HI | A | Dividend | J | T | | | | | |
| 4. Hill-Rom Holdings, Inc. HRC | A | Dividend | J | T | | | | | |
| 5. Microsoft (Common) MSFT | D | Dividend | N | T | | | | | |
| 6. Nokia (Common) NOK | A | Dividend | J | T | | | | | |
| 7. Lam Research LRCX | A | Dividend | K | T | | | | | |
| 8. Texas Instruments (Common) TXN | C | Dividend | M | T | | | | | |
| 9. TMO (Common) | A | Dividend | M | T | | | | | |
| 10. Sirius XM Radio (Common) | | None | M | T | | | | | |
| 11. Am Cent Gr Fund | D | Dividend | L | T | | | | | |
| 12. Putnam Multi-Cap Growth Fund | | None | J | T | | | | | |
| 13. Putnam Voyager Fund | | None | J | T | | | | | |
| 14. Vanguard Int'l Gr Fund | B | Dividend | L | T | | | | | |
| 15. Vanguard Sm Cap Index Fund | B | Dividend | M | T | Sold (part) | 07/11/14 | J | A | |
| 16. | | | | | Sold (part) | 10/10/14 | J | A | |
| 17. C. Schwab Muni M. Fund SWXXX | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo bank accounts | A | Interest | K | T | | | | | |
| 19. Capital One, Inc. bank accounts | A | Interest | O | T | | | | | |
| 20. 1/8 int. cottage, Knocklong, Co. Limerick, Ireland | A | Rent | K | W | | | | | |
| 21. Utah Educ. Svgs Plan Equity - 10% Int'l. | D | Dividend | O | T | | | | | |
| 22. Utah Educ. Svgs Plan Age-Based Moderate, 13-15 | C | Dividend | M | T | Buy | 03/11/14 | J | | |
| 23. Allegis Group Ret. Plan | A | Dividend | L | T | | | | | |
| 24. Time Warner Cable TWC | C | Dividend | M | T | | | | | |
| 25. AOL | | None | K | T | | | | | |
| 26. Eaton Vance Income Fund of Boston EIBIX | C | Dividend | L | T | | | | | |
| 27. Eaton Vance Global Macro Absolute Return EIGMX | D | Dividend | M | T | | | | | |
| 28. First Eagle Global SGIIX | D | Dividend | M | T | | | | | |
| 29. Gabelli Equity Income GCIEX | D | Dividend | N | T | | | | | |
| 30. Gabelli Small Cap Growth GACIX | C | Dividend | M | T | | | | | |
| 31. MFS Bond MBDIX | D | Dividend | M | T | | | | | |
| 32. Virtus Emerging Markets Opportunities HIEMX | C | Dividend | M | T | | | | | |
| 33. PIMCO Low Duration INST PTLDX | B | Dividend | | | Sold | 09/26/14 | M | | |
| 34. PIMCO Emerging Markets Bond INST PEBIX | B | Dividend | | | Sold | 09/26/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO Real Return INST PRRIX | A | Dividend | | | Sold | 09/26/14 | L | | |
| 36. RS Global Natural Resources RSNYX | C | Dividend | L | T | | | | | |
| 37. T. Rowe Price Real Estate TRREX | B | Dividend | L | T | | | | | |
| 38. Royce Value Fund RVVHX | E | Dividend | N | T | | | | | |
| 39. T. Rowe Price Blue Chip Growth TRBCX | D | Dividend | M | T | | | | | |
| 40. Wells Fargo Inc. Adv. Treas. Plus Mon. Mkt. Fund WTPXX | A | Dividend | K | T | Sold (part) | 01/10/14 | J | | |
| 41. | | | | | Sold (part) | 04/11/14 | J | | |
| 42. | | | | | Sold (part) | 07/11/14 | J | | |
| 43. | | | | | Sold (part) | 10/10/14 | J | | |
| 44. Wells Fargo Absolute Ret. Fund WARDX | D | Dividend | N | T | Buy (add'l) | 09/29/14 | M | | |
| 45. AQR FDS Mgd. Futures Strategy AQMIX | D | Dividend | L | T | | | | | |
| 46. Dodge & Cox FDS Int'l Stk Fd DODFX | D | Dividend | N | T | | | | | |
| 47. BlackRock Emerging Mkt. L/S BLSAX | | None | K | T | | | | | |
| 48. TIME TIME | A | Dividend | J | T | Spinoff (from line 1) | 06/09/14 | J | | |
| 49. Jane Brain, LLC (X) (H) See Part VIII | | | | | | | | | |
| 50. - Empowered Learning Institute of DC, LLC | | None | M | T | Buy | 10/22/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Roberts, John G. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 49. Jane Brain is a sole member LLC established on October 22, 2014. The value of the LLC exists only in its asset and is listed on line 49.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John G. Roberts**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544